

**JAY K. MUSOFF**
Partner

345 Park Avenue
New York, NY  10154

Direct  212.407.4212
Main    212.407.4000
Fax     212.407.4990
jmusoff@loeb.com

**By ECF**

September 5, 2025

The Honorable Peggy Kuo
United States Magistrate Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Shirley et al. v. Lafarge S.A. et al.*, No. 1:25-CV-04248-NGG-PK (E.D.N.Y.)

Dear Magistrate Judge Kuo:

We represent Defendants Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A. (collectively, "Defendants") in the above referenced action. We write, jointly with counsel for Plaintiffs in this action ("Plaintiffs") and pursuant to the Court's Order dated August 15, 2025, to notify the Court that on August 29, 2025, Judge Garaufis issued a decision on the pending motions to dismiss in the related actions, *Finan v. Lafarge*, No. 1:22-CV-07831-NGG-PK; *Foley v. Lafarge*, No. 1:23-CV-05691-NGG-PK; and *Fields v. Lafarge*, No. 1:23-CV-00169-NGG-PK, and to advise the Court as to the parties' discussions regarding a response to the Complaint in this action.

The parties are in the process of negotiating a stipulation that we hope will obviate the need for separate motion practice in this action, while preserving the parties' rights on appeal. Presuming that the parties agree to execute a stipulation that addresses all claims, the stipulation will further propose a deadline by which Defendants will file an Answer to the Complaint.

The parties expect to file that stipulation in short order.

Respectfully submitted,

*/s/ Jay K. Musoff*

Jay K. Musoff


cc:    All Counsel of Record (by ECF)