IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN SHIRLEY, CAITLIN SHIRLEY, FRANCISCO MOLINAR, FRANK MOLINAR, DEBRA AUSTRUM, ELIZABETH ASHLEY MOLINAR, and DESTINY ENGLISH, PORTER GOODMAN, DALE GOODMAN, TERESA GOODMAN, IAN GOODMAN, LEVI GOODMAN, TANNIS GOODMAN, JESSICA WAGNER, FREEMAN STEVENSON, ROBERT STEVENSON, PAIGE ATWOOD and MEGHAN STEVENSON, CHELSEA NIEHAUS *as next friend to* M. N-K, a minor, and L.N-K, a minor, REGINALD SAVAGE, BRENNA SAVAGE, DAVID TODD, RACHEL TODD, RICARDO TODD, TAMMY GRODT, KAYLEE DEDRICK, as next friend to T.G., *a minor*, MEGHANN CONFORTI, STEPHANIE DAWSON, EMILY GRODT, JOHN GRODT, KAITLYN DOXIE, REBECCA TAYLOR, DAVID TAYLOR, SR., and LAUREN SAMUELS,<br><br>    Plaintiffs,<br><br>    v.<br><br>LAFARGE S.A., LAFARGE CEMENT, HOLDING LIMITED, and LAFARGE CEMENT SYRIA S.A.,<br><br>    Defendants. | **No: 1:25-cv-04248-NGG-PK** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE Todd Toral of Jenner & Block LLP is admitted or otherwise authorized to practice in this Court, and hereby appears of record for all Plaintiffs in the above-captioned action and respectfully requests that copies of all papers in this action be served upon the undersigned.

Dated:  September 5, 2025                                  Respectfully submitted,

                                                           By: /s/  *Todd Toral*
                                                           Todd Toral (bar number: 4350500)
                                                           JENNER & BLOCK LLP
                                                           1155 Avenue of the Americas
                                                           New York, NY 10036-2711
                                                           213-239-2294
                                                           TToral@jenner.com
                                                           *Attorney for Plaintiffs*