# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Shirley, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-04248-NGG-PK |
| Lafarge S.A., et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Lafarge S.A.; Lafarge Cement Holding Limited; and Lafarge Cement Syria S.A.

Date: 09/05/2025

/s/ Jay K. Musoff
*Attorney's signature*

Jay K. Musoff
*Printed name and bar number*

Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154
*Address*

jmusoff@loeb.com
*E-mail address*

(212) 407-4000
*Telephone number*

(212) 407-4990
*FAX number*