# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Shirley, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-04248-NGG-PK |
| Lafarge S.A., et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Lafarge S.A.; Lafarge Cement Holding Limited; and Lafarge Cement Syria S.A.

Date: 09/05/2025

/s/ John A. Piskora
*Attorney's signature*

John A. Piskora
*Printed name and bar number*

Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154
*Address*

jpiskora@loeb.com
*E-mail address*

(212) 407-4000
*Telephone number*

(212) 407-4990
*FAX number*