AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Shirley, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-04248-NGG-PK |
| Lafarge S.A., et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Lafarge S.A.; Lafarge Cement Holding Limited; and Lafarge Cement Syria S.A.   .

Date:   09/05/2025

/s/ Chloe M. Gordils
*Attorney's signature*

Chloe M. Gordils
*Printed name and bar number*

Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154
*Address*

cgordils@loeb.com
*E-mail address*

(212) 407-4000
*Telephone number*

(212) 407-4990
*FAX number*