Case 1:25-cv-04248-NGG-PK   Document 19   Filed 09/17/25   Page 1 of 2 PageID #: 194

Case Names: Black, et al. v. Lafarge S.A., et al.          Case Number: 1:24-cv-08901-NGG-PK
            Wilson, et al. v. Lafarge S.A., et al.          Case Number: 1:25-cv-01975-NGG-PK
            Shirley, et al. v. Lafarge S.A., et al.         Case Number: 1:25-cv-04248-NGG-PK

| PROPOSED DISCOVERY PLAN/SCHEDULING ORDER | | | |
|---|---|---|---|
| | DONE | NOT APPLICABLE | DATE |
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | X | | 9/15/2025 |
| 2. Rule 26(a)(1) disclosures exchanged | | | 9/26/2025 |
| 3. Requested: | | | |
| a. Medical records authorization | Defendants intend to serve document requests that will include requests for medical records and the parties will meet and confer to the extent necessary to provide authorization. | | |
| b. Section 160.50 releases for arrest records | | X | |
| c. Identification of John Doe/Jane Doe defendants | | X | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | X | | |
| 5. Confidentiality Order to be submitted for court approval (see Standing Confidentiality Order on the Chambers website) | X | | 9/17/2025 |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | | 11/7/2025 |
| 2. Defendant to make settlement offer | | | 1/15/2026 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | X | |
| 4. Settlement Conference (proposed date) | | X | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | | 11/26/2025 |
| 2. Initial documents requests and interrogatories | | | 10/15/2025* |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | 9/11/2026** |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 9/18/2026 |

\* The Parties agree that initial document requests and interrogatories may be served before this date.

\*\* The parties intend to seek nonparty discovery in foreign countries through the Hague Convention or other similar means for international discovery. If that process takes longer than expected despite the parties' diligence, due to delays in Hague Convention procedures or other similar reasons, they anticipate seeking permission to complete the foreign discovery process even if the deadline for fact discovery has expired.

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| 5. | Expert discovery (only if needed) *Check here if not applicable* ☐ | | | |
| | Plaintiff expert proposed field(s) of expertise: Attack attribution, terrorism, banking and financial transactions, French law. | | | |
| | Defendant expert proposed field(s) of expertise: Attack attribution; terrorism organizations, operations and financing; international banking and financial transactions; foreign and international law and policy; injury and damages; geographic/country expertise | | | |
| | a. Affirmative expert reports due | | | 10/16/2026 |
| | b. Rebuttal expert reports due | | | 12/30/2026 |
| | c. Depositions of experts to be completed | | | 2/12/2027 |
| 6. | Completion of ALL DISCOVERY (if different from C.3) | | | 2/12/2027 |
| 7. | Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | 2/19/2027 |
| 8. | If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | 3/5/2027 |
| 9. | Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | Pre-trial motion likely. |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | | |
|---|---|---|
| 1. | All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes ☒ No |
| 2. | All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes ☒ No |

### E. *COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY*

| | | | | |
|---|---|---|---|---|
| 1. | Motion for collective action certification in FLSA cases | | | |
| | a. Response due | | | |
| | b. Reply due | | | |
| 2. | Motion for Rule 23 class certification | | | |
| | a. Response due | | | |
| | b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____       _____
**PEGGY KUO**                                                                **Date**
United States Magistrate Judge