**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
:
SUSAN SHIRLEY, *et al.*, :
:
        Plaintiffs, :
:
        v. :      25-cv-04248 (NGG) (PK)
:
LAFARGE S.A., *et al.*, :      **NOTICE OF APPEARANCE**
:
        Defendants. :
:
---------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that, Timothy G. Nelson of Skadden, Arps, Slate, Meagher & Flom LLP hereby appears in this action on behalf of Defendants Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A., and demands that a copy of all notices and other papers in this action be served upon him at the mailing address or email address below.

Dated: New York, New York
       October 3, 2025

                                /s/ *Timothy G. Nelson*
                              Timothy G. Nelson
                              **SKADDEN, ARPS, SLATE, MEAGHER**
                                   **& FLOM LLP**
                              One Manhattan West
                              New York, NY 10001
                              Telephone:   (212)-735-2193
                              Facsimile:    (917)-777-2193
                              Email: timothy.g.nelson@skadden.com

                              *Attorney for Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A.*