UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
:
:
SUSAN SHIRLEY, *et al.*, :
:
Plaintiffs, :
:
v. :
: 25-cv-04248 (NGG) (PK)
LAFARGE S.A., *et al.*, :
: **NOTICE OF APPEARANCE**
Defendants. :
:
:
-------------------------------------------------------- x

**PLEASE TAKE NOTICE** that, Boris Bershteyn of Skadden, Arps, Slate, Meagher & Flom LLP hereby appears in this action on behalf of Defendants Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A., and demands that a copy of all notices and other papers in this action be served upon him at the mailing address or email address below.

Dated: New York, New York
       October 3, 2025

        /s/ *Boris Bershteyn*
Boris Bershteyn
**SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP**
One Manhattan West
New York, NY 10001
Telephone:    (212)-735-3834
Facsimile:    (917)-777-3834
Email: boris.bershteyn@skadden.com

*Attorney for Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A.*