UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
:
:
SUSAN SHIRLEY, *et al.*,           :
:
Plaintiffs,        :
:
v.                 :
:     25-cv-04248 (NGG) (PK)
LAFARGE S.A., *et al.*,            :
:     <u>**NOTICE OF APPEARANCE**</u>
Defendants.        :
:
:
-------------------------------------------------------- x

**PLEASE TAKE NOTICE** that, Jacob G. Lefkowitz of Skadden, Arps, Slate, Meagher & Flom LLP hereby appears in this action on behalf of Defendants Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A., and demands that a copy of all notices and other papers in this action be served upon him at the mailing address or email address below.

Dated: New York, New York
           October 3, 2025

   /s/ *Jacob G. Lefkowitz*
Jacob G. Lefkowitz
**SKADDEN, ARPS, SLATE, MEAGHER**
   **& FLOM LLP**
One Manhattan West
New York, NY 10001
Telephone:    (212)-735-2562
Facsimile:     (917)-777-2562
Email: jacob.lefkowitz@skadden.com

*Attorney for Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A.*