**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
:
SUSAN SHIRLEY, *et al.*, :
:
        Plaintiffs, :
:
        v. :    25-cv-04248 (NGG) (PK)
:
LAFARGE S.A., *et al.*, :
:    **MOTION FOR ADMISSION**
        Defendants. :    **PRO HAC VICE**
:
:
------------------------------------------------------------ x

    Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael A. McIntosh, respectfully move this Court for an Order for admission to practice *pro hac vice* as counsel for Defendants Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A., in the above-captioned action.

    I am a member in good standing of the bars of the District of Columbia and the State of Michigan and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Certificates of good standing from the District of Columbia Court of Appeals and the Michigan Supreme Court issued within thirty (30) days of this filing, as well as a declaration pursuant to Local Rule 1.3(c), are attached hereto.

Dated: October 3, 2025
      Washington, D.C.

      /s/ *Michael A. McIntosh*
Michael A. McIntosh
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:   (202)-371-7201
Facsimile:   (202)-661-8201
Email: michael.mcintosh@skadden.com

*Attorney for Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A.*