UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
SUSAN SHIRLEY, *et al.*,

      Plaintiffs,

      v.

LAFARGE S.A., *et al.*,

      Defendants.
-------------------------------------------------------- x

25-cv-04248 (NGG) (PK)

**DECLARATION OF MICHAEL A. MCINTOSH**

I, MICHAEL A. MCINTOSH, declare and state as follows:

1. I am a member of the law firm Skadden, Arps, Slate, Meagher & Flom LLP which represents Defendants Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A., in the above-captioned action. I have personal knowledge of the facts set forth below and, if called upon as a witness, I could and would testify competently to them.

2. I submit this declaration in support of my motion for admission to appear as counsel *pro hac vice* to Defendants Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A., in the above-captioned action.

3. I am a member in good standing of the bars of the District of Columbia and the State of Michigan, as shown in the attached certificates of good standing.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington D.C. on October 3, 2025.

Respectfully submitted,

/s/ *Michael A. McIntosh*
Michael A. McIntosh