UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- x
:
SUSAN SHIRLEY, *et al.*, :
:
        Plaintiffs, :     25-cv-04248 (NGG) (PK)
:
    v. :
: **ORDER FOR ADMISSION PRO**
LAFARGE S.A., *et al.*, : **HAC VICE**
:
        Defendants. :
:
------------------------------------------------------- x

      The motion of Michael A. McIntosh for admission to practice *pro hac vice* in the above-captioned action is granted.

      Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the State of Michigan, and that his contact information is as follows:

> Michael A. McIntosh
> SKADDEN, ARPS, SLATE, MEAGHER
>   & FLOM LLP
> 1440 New York Avenue, N.W.
> Washington, D.C. 20005
> Telephone:   (202)-371-7201
> Facsimile:   (202)-661-8201
> Email: michael.mcintosh@skadden.com

      Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A., in the above-captioned action;

      IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

5

Dated: _____    _____
                                  Hon. Nicholas G. Garaufis, United States District Judge