UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Susan Shirley, Et Al.

v.

La Farge S.A., Et Al.
-----------------------------------------------------------X

1:25-cv-04248

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel
         Jay K. Musoff, Esq.
         LOEB & LOEB LLP
         345 Park Avenue
         New York, NY 10154

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Langdon Southworth will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of The Carlson Law Firm, PC and a member in good standing of the bar(s) of the State(s) of California and Texas, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Susan Shirley, Et Al. . There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 10/2/2025

Respectfully submitted,

*/s/ Langdon Southworth*
Signature of Movant
Firm Name The Carlson Law Firm, P.C.
Address 100 E Central Texas Expressway
Killeen, TX 76541
Email lsouthworth@carlsonattorneys.com
Phone 254-526-5688