UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Susan Shirley, Et Al.

                Plaintiff(s),

v.

LaFarge S.A., Et. Al.

                Defendant(s).

1:25-cv-04248

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, <u>Langdon Southworth</u>, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate ▼ with the law firm of _____.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Texas and California.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I Have not ▼ been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not ▼ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: _____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case <u>1:25-cv-04248</u> for <u>Susan Shirley, Et Al.</u>.

Date <u>10/2/2025</u>

*Langdon Southworth* (signature)
Signature of Movant
Firm Name The Carlson Law Firm, PC
Address 100 E. Central Texas Expressway, Killeen, TX 76541

NOTARIZED (signature)

ISABEL TRUJILLO
My Notary ID # 134188038
Expires February 7, 2027

Email lsouthworth@carlsonattorneys.com
Phone 254-526-5688