# Langdon Southworth

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, October 6, 2025 1:32 PM |
| **To:** | Langdon Southworth |
| **Subject:** | Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

   Account Number: 7453358
   Court: NEW YORK EASTERN DISTRICT COURT
   Amount: $200.00
   Tracking Id: ANYEDC-19509259
   Approval Code: 624429
   Card Number: *************4916
   Date/Time: 10/06/2025 02:31:41 ET

NOTE: This is an automated message. Please do not reply