UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Susan Shirley, Et Al.

v.

La Farge S.A., Et Al.
-----------------------------------------------------------X

1:25-cv-04248

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   Opposing Counsel
   Jay K. Musoff, Esq.
   LOEB & LOEB LLP
   345 Park Avenue
   New York, NY 10154

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Craig Carlson will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of The Carlson Law Firm, PC and a member in good standing of the bar(s) of the State(s) of Texas and Nebraska, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Susan Shirley, Et Al. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 10/2/2025

Respectfully submitted,

Signature of Movant
Firm Name The Carlson Law Firm, P.C.
Address 100 E Central Texas Expressway
        Killeen, TX 76541
Email   ccarlson@carlsonattorneys.com
Phone   254-526-5688