UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Susan Shirley, Et Al.

                Plaintiff(s),

v.

LaFarge S.A., Et. Al.

                Defendant(s).

1:25-cv-04248

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, Craig Carlson, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of The Carlson Law Firm, PC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Texas and Nebraska.
4. There are no pending disciplinary proceedings against me in any state or federal court.
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: _____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:25-cv-04248 for Plaintiff Susan Shirley, Et Al.

Date 10/2/25

NOTARIZED

ISABEL TRUJILLO
My Notary ID # 134188038
Expires February 7, 2027

Signature of Movant
Firm Name The Carlson Law Firm, PC
Address 100 E Central Texas Expressway, Killeen, TX 76541
Email ccarlson@carlsonattorneys.com
Phone 254-526-5688