**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON BLACK, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LAFARGE S.A., *et al.*, <br><br> *Defendants*. | Civil No. 1:24-cv-08901-NGG-PK |
| AVRAHAM GOLDMAN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LAFARGE S.A., *et al.*, <br><br> *Defendants*. | Civil No. 1:24-cv-01043-NGG-PK |
| NADIA MURAD, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LAFARGE S.A., *et al.*, <br><br> *Defendants*. | Civil No. 1:23-cv-09186-NGG-PK |
| SUSAN SHIRLEY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LAFARGE S.A., *et al.*, <br><br> *Defendants*. | Civil No. 1:25-cv-04248-NGG-PK |

|  |  |
|---|---|
| CHRISTINE STALLTER, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LAFARGE S.A., *et al.*,<br><br>    *Defendants*. | Civil No. 1:25-cv-06749-NGG-PK |
| HELEN JANE WILSON, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LAFARGE S.A., *et al.*,<br><br>    *Defendants*. | Civil No. 1:25-cv-01975-NGG-PK |

## DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Lafarge S.A. ("Lafarge"), Lafarge Cement Holding Limited ("Lafarge Cyprus") and Lafarge Cement Syria S.A. ("LCS"), through their undersigned counsel, hereby provide the following corporate disclosure statement:

1. Lafarge is a subsidiary of Holcim Ltd., a publicly held corporation. Holcim Ltd. has no parent company, and no publicly held corporation owns 10% or more of its stock.

2. Lafarge Cyprus is a subsidiary of Société Financière Immobilière et Mobilière «SOFIMO» S.A.S., which in turn is a subsidiary of Lafarge, which in turn is a subsidiary of Holcim Ltd., a publicly held corporation. Holcim Ltd. has no parent company, and no publicly held corporation owns 10% or more of its stock.

3. LCS is a subsidiary of Lafarge Cyprus, which in turn is a subsidiary of Société Financière Immobilière et Mobilière «SOFIMO» S.A.S., which in turn is a subsidiary of Lafarge, which in turn is a subsidiary of Holcim Ltd., a publicly held corporation. Holcim Ltd. has no parent company, and no publicly held corporation owns 10% or more of its stock.

Dated: March 18, 2026

Respectfully submitted,

*/s/ David W. Bowker*
David W. Bowker
Jonathan E. Paikin
Albinas Prizgintas (*pro hac vice*)
Michaela S. Wilkes Klein (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
(202) 633-6000 (t)
(202) 633-6363 (f)
david.bowker@wilmerhale.com
jonathan.paikin@wilmerhale.com
albinas.prizgintas@wilmerhale.com
michaela.wilkesklein@wilmerhale.com

Alyson Zureick
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 937-7529 (t)
(212) 230-8888 (f)
alyson.zureick@wilmerhale.com

*Attorneys for Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A.*

3