**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARISS FINAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LAFARGE S.A., *et al.*,<br><br>Defendants. | Case No. 22-cv-07831-NGG-PK |
| DIANE FOLEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LAFARGE S.A., *et al.*,<br><br>Defendants. | Case No. 23-cv-05691-NGG-PK |
| JASON BLACK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LAFARGE S.A., *et al.*,<br><br>Defendants. | Case No. 24-cv-08901-NGG-PK |
| SUSAN SHIRLEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LAFARGE S.A., *et al.*,<br><br>Defendants. | Case No. 25-cv-04248-NGG-PK |

NADIA MURAD, *et al.*,

        Plaintiffs,

    v.

LAFARGE S.A., *et al.*,

        Defendants.

Case No. 23-cv-09186-NGG-PK

---

ESTATE OF AVRAHAM GOLDMAN, *et al.*,

        Plaintiffs,

    v.

LAFARGE S.A., *et al.*,

        Defendants.

Case No. 24-cv-01043-NGG-PK

---

HELEN JANE WILSON, *et al.*,

        Plaintiffs,

    v.

LAFARGE S.A., *et al.*,

        Defendants.

Case No. 25-cv-01975-NGG-PK

| | |
|---|---|
| CHRISTINE STALLTER, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>LAFARGE S.A., *et al.*,<br><br>                    Defendants. | Case No. 25-cv-06749-DLI-VMS |
| TAMARA FIELDS, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>LAFARGE S.A., *et al.*,<br><br>                    Defendants. | Case No. 23-cv-00169-NGG-PK |

**DECLARATION OF DAVID W. BOWKER IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANTS'
AFFIRMATIVE DEFENSES**

I, David W. Bowker, declare as follows:

1.    I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), 2100 Pennsylvania Avenue N.W., Washington D.C., and counsel for Defendants Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A. in the above-captioned actions. I am a member in good standing of the Bars of the District of Columbia, the State of New York, and the State of California, and I have been admitted to practice before this Court.

3

2.        I submit this declaration in support of Defendants' Opposition To Plaintiffs' Motion To Strike Defendants' Affirmative Defenses.  I have personal knowledge about the information in this Declaration.

3.        Attached hereto as Exhibit A is a true and accurate excerpt of Plaintiffs' Objections and Responses to Defendants' Second and Third Set of Interrogatories in *Fields v. Lafarge S.A.*, No. 23-cv-00169-NGG-PK, which the *Fields* Plaintiffs served on March 27, 2026. Defendants are seeking to file Exhibit A under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2026                        _/s/David W. Bowker_____
                                             David W. Bowker