**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARISS FINAN, *et al.*, <br><br>     *Plaintiffs*, <br><br> v. <br><br> LAFARGE S.A., *et al.*, <br><br>     *Defendants*. | Civil No. 22-cv-07831-NGG-PK <br><br> ORAL ARGUMENT REQUESTED |
| SUSAN SHIRLEY, *et al.*, <br><br>     *Plaintiffs*, <br><br> v. <br><br> LAFARGE S.A., *et al.*, <br><br>     *Defendants*. | Civil No. 1:25-cv-04248-NGG-PK <br><br> ORAL ARGUMENT REQUESTED |
| NADIA MURAD, *et al.*, <br><br>     *Plaintiffs*, <br><br> v. <br><br> LAFARGE S.A., *et al.*, <br><br>     *Defendants*. | Civil No. 1:23-cv-09186-NGG-PK <br><br> ORAL ARGUMENT REQUESTED |

**DEFENDANTS' NOTICE OF MOTION TO**
**DISQUALIFY WILLKIE FARR & GALLAGHER LLP**

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants Lafarge S.A., Lafarge Cement Holding

Limited, and Lafarge Cement Syria S.A. hereby move the Honorable Nicholas G. Garaufis,

United States District Judge, of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Room 1426 S, Brooklyn, New York 11201, to disqualify Willkie Farr & Gallagher LLP as Counsel for Plaintiffs in the above-captioned actions pursuant to applicable law as set forth in the accompanying Memorandum of Law.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendants will rely upon this Notice of Motion, the accompanying Memorandum in support thereof, and such other authorities as may be submitted at any hearing.  A proposed Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Dated: April 1, 2026

Respectfully submitted,

/s/ David W. Bowker

| | |
|---|---|
| ALYSON ZUREICK | DAVID W. BOWKER |
| WILMER CUTLER PICKERING | JONATHAN E. PAIKIN |
|   HALE AND DORR LLP | ALBINAS PRIZGINTAS (pro hac vice) |
| 7 World Trade Center | MICHAELA S. WILKES KLEIN (pro hac vice) |
| 250 Greenwich Street | WILMER CUTLER PICKERING |
| New York, N.Y. 10007 |   HALE AND DORR LLP |
| (212) 230-8875 (t) | 2100 Pennsylvania Avenue N.W. |
| (212) 230-8888 (f) | Washington, D.C. 20037 |
| alyson.zureick@wilmerhale.com | (202) 663-6000 (t) |
| | (202) 663-6363 (f) |
| | david.bowker@wilmerhale.com |
| | jonathan.paikin@wilmerhale.com |
| | albinas.prizgintas@wilmerhale.com |
| | michaela.wilkesklein@wilmerhale.com |

*Attorneys for Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A.*