**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARISS FINAN, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>LAFARGE S.A., *et al.*,<br><br>          Defendants. | Case No. 22-cv-07831-NGG-PK |
| SUSAN SHIRLEY, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>LAFARGE S.A., et al.,<br><br>          Defendants. | Case No. 25-cv-04248-NGG-PK |
| NADIA MURAD, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>LAFARGE S.A., et al.,<br><br>          Defendants. | Case No. 23-cv-09186-NGG-PK |

**DECLARATION OF MICHAELA S. WILKES KLEIN**

I, Michaela S. Wilkes Klein, declare as follows:

1. I am a counsel at Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), 2100 Pennsylvania Avenue N.W., Washington D.C., and counsel for Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A. in the above-captioned actions. I am a member in good

standing of the Bars of the District of Columbia and the Commonwealth of Virginia, and I have been admitted to practice *pro hac vice* before this Court.

2.    I submit this declaration in support of Defendants' Motion to Disqualify Willkie Farr & Gallagher LLP ("Willkie").  I have personal knowledge about the information in this Declaration.

3.    Attached hereto as Exhibit 1 is a true and accurate copy of the Declaration of Ryan P. Fayhee, dated February 16, 2026.

4.    Attached hereto as Exhibit 2 is a true and accurate copy of a certified English translation of a Summons Before the Paris Commercial Court dated February 21, 2022 (*Assignation devant le Tribunal de Commerce de Paris*), with proof of service on Bruno Lafont by Lafarge, S.A. and Holcim, S.A., followed by a true and accurate copy of the French original. Certain personal data has been redacted to comply with applicable data protection laws, including the European Union General Data Protection Regulation ("GDPR"), and consistent with Federal Rule of Civil Procedure 5.2 and EDNY privacy practices.

5.    Attached hereto as Exhibit 3 is a true and accurate copy of a chart, prepared by counsel, presenting quotations from the operative Complaints filed by Willkie on behalf of Plaintiffs in the three above-captioned actions, alongside corresponding, contradictory representations made by Willkie on behalf of Bruno Lafont in French proceedings.

6.    Attached hereto as Exhibit 4 is a true and accurate copy of a certified English translation of a Motion for Dismissal dated December 15, 2025 (*Conclusions de Relaxe*), submitted on behalf of Bruno Lafont in French criminal proceedings against him, followed by a true and accurate copy of the French original.  Certain personal data has been redacted to comply

with applicable data protection laws, including GDPR, and consistent with Federal Rule of Civil Procedure 5.2 and EDNY privacy practices.

7.     Attached hereto as Exhibit 5 is a true and accurate copy of a certified English translation of an excerpt of Observations Seeking a Dismissal and Response to the Final Submissions of the Prosecution dated March 8, 2024 (*Observations aux Fins de Non-Lieu et Réponse au Réquisitoire Définitif*), submitted on behalf of Bruno Lafont in French criminal proceedings against him, followed by a true and accurate copy of the French original in excerpted form.

8.     Attached hereto as Exhibit 6 is a true and accurate copy of a certified English translation of Conclusions for the Annulment of the Referral Order dated October 28, 2025 (*Conclusions à Fin de Nullité de L'Ordonnance de Renvoi*), submitted on behalf of Bruno Lafont in French criminal proceedings against him, followed by a true and accurate copy of the French original.  Certain personal data has been redacted to comply with applicable data protection laws, including GDPR, and consistent with Federal Rule of Civil Procedure 5.2 and EDNY privacy practices.

9.     Attached hereto as Exhibit 7 is a true and accurate copy of a letter dated January 22, 2026, from Defendants' counsel David Bowker to Plaintiffs' counsel Lee Wolosky, Andrew Lichtman and Kathryn Bolas.

10.     Attached hereto as Exhibit 8 is a true and correct copy of email correspondence dated January 22, 2026, through February 6, 2026, among Defendants' counsel David Bowker, Plaintiffs' counsel Lee Wolosky, and Willkie deputy general counsel Dan Kozusko.

11.    Attached hereto as Exhibit 9 is a true and correct copy of a letter dated February 6, 2026, from Willkie deputy general counsel Dan Kozusko to Defendants' counsel David Bowker.

12.    Attached hereto as Exhibit 10 is a true and accurate copy of a letter, originally in English, dated March 7, 2022, from attorneys Grégoire Bertrou and Hervé Temime—on behalf of Bruno Lafont—to Holcim Ltd.  This letter is an excerpt of the Exhibits submitted on behalf of Bruno Lafont in French criminal proceedings against him dated December 15, 2025 (*Pièces Versées*).  For the French quotations in the letter, a certified English translation is provided, followed by a true and accurate copy of the French.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 1, 2026

Michaela S. Wilkes Klein

4