# EXHIBIT 7

**WILMERHALE**

January 22, 2026

**David W. Bowker**

+1 202 663 6558 (t)
+1 202 663 6363 (f)
david.bowker@wilmerhale.com

By Email

Lee Wolosky, Esq.
Andrew J. Lichtman, Esq.
Kathryn Bolas, Esq.
WILLKIE FARR & GALLAGHER LLP
lwolosky@willkie.com
alichtman@willkie.com
kbolas@willkie.com

> Re:    *Finan et al. v. Lafarge S.A. et al.*, No. 1:22-cv-07831-NGG-PK;
> *Shirley et al. v. Lafarge S.A. et al.*, 1:25-cv-04248-NGG-PK;
> *Murad et al v. Lafarge S.A. et al.*, 1:23-cv-09186-NGG-PK.

Dear Lee,

I write about a serious issue that has just come to our attention relating to Willkie Farr & Gallagher LLP's ("Willkie") representation in the above-captioned cases.

The issue is that Willkie has long represented—and currently represents—Bruno Lafont, the former Chairman and CEO of Lafarge S.A., in connection with the same events that are the subject of the above-captioned cases. Our investigation of this unexpected issue is ongoing, but our present understanding is that Willkie's representation of Mr. Lafont goes back at least ten years. It appears that Willkie began representing Mr. Lafont in connection with these matters as early as 2016, encompassing a sprawling internal investigation, during which time Willkie gained access to Lafarge's privileged and other protected information, participated in privileged and protected discussions with Lafarge and its counsel, and helped to develop the facts and defenses. Willkie's representation of Mr. Lafont continued through his defense in the French criminal proceedings, including the recent French criminal trial that ended just last month, on December 19, 2025. And the representation remains ongoing to this day.

At the same time, Willkie represents plaintiffs in *Finan*, *Shirley*, and *Murad*, which arise from the very same subject matter as Willkie's ongoing representation of Mr. Lafont and where many of the same events, facts, legal issues, and related strategies are at issue. Moreover, according to Willkie's own assertions and allegations on behalf of plaintiffs, Mr. Lafont's actions are a central feature of plaintiffs' claims. Willkie's core allegations are directed specifically and adversely at Mr. Lafont. For example, in the December 10, 2025 *Shirley* complaint, filed at the same time the French criminal trial was ongoing, plaintiffs allege that Lafarge entered into a conspiracy with terrorists "[a]t the specific direction of the companies' highest management levels—including the CEO[] of … Lafarge," namely, Mr. Lafont. *Shirley*

WILMERHALE

January 22, 2026
Page 2


Am. Compl. ¶ 14, Dkt. 38.  Plaintiffs further allege that Mr. Lafont was a "principal co-conspirator[]," and that the alleged conspiracy was conducted "through … Lafont." *Id.* at 11 & ¶¶ 40, 43; *see also id.* ¶ 162 ("Lafarge's executives were aware that they were in peril, at least legally. … Lafont knew that Defendants' partnership with ISIS was illegal under U.S. law and would have consequences in the United States."); *accord, e.g.*, *Murad* Am. Compl. ¶ 8, at 19 & ¶¶ 54, 62, 207, Dkt. 37 (Aug. 1, 2024); *Finan* 3d Am. Compl. ¶ 12, at 9 & ¶¶ 38, 41, 162, Dkt. 91 (Dec. 13, 2024).

We continue to investigate this matter to better understand the full scope of the adverse impacts on our clients in the above-captioned cases and to determine the appropriate course of action under applicable law.  We reserve all rights.  Please preserve all documents bearing on the scope of Willkie's representation of Mr. Lafont and plaintiffs, as well as the procedures employed, if any, relating to the handling of Lafarge's privileged or other protected information.  In light of the seriousness and urgency of these matters, please respond in writing no later than Monday, January 26, to address whether Willkie can continue to represent plaintiffs in these matters given the evident conflicts and Willkie's ongoing access to privileged and protected materials—and ongoing advancement of contradictory factual and legal positions—on two diametrically opposed sides of these disputes.

Thank you for your prompt attention to these important matters.


Sincerely,

*/s/ David W. Bowker*
David W. Bowker