# EXHIBIT 8

| | |
|---|---|
| **From:** | Kozusko, Dan |
| **To:** | Wolosky, Lee; Bowker, David; Lichtman, Andrew; Bolas, Kathryn |
| **Cc:** | WH Lafarge Litigation Service List EXTERNAL; Gump, William |
| **Subject:** | RE: Finan / Shirley / Murad v. Lafarge – Willkie Representation of Plaintiffs and Bruno Lafont |
| **Date:** | Friday, February 6, 2026 3:25:44 PM |
| **Attachments:** | image001.jpg |
| | Letter to David Bowker -- 02.06.2026.pdf |

**EXTERNAL SENDER**

Dave,

Please see the attached response.

Regards,
Dan

**Dan C. Kozusko**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8694 | Fax: +1 212 728 8111
dkozusko@willkie.com | vCard | www.willkie.com bio

---

**From:** Wolosky, Lee <LWolosky@willkie.com>
**Sent:** Friday, February 6, 2026 4:18 PM
**To:** Bowker, David <David.Bowker@wilmerhale.com>; Lichtman, Andrew <ALichtman@willkie.com>; Bolas, Kathryn <KBolas@willkie.com>
**Cc:** WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>; Kozusko, Dan <dkozusko@willkie.com>
**Subject:** Re: Finan / Shirley / Murad v. Lafarge – Willkie Representation of Plaintiffs and Bruno Lafont

Dave,

My understanding is that Dan Kozusko, our Deputy GC who is copied, will respond to you today.

Lee

–

On February 6, 2026 at 3:39:25 PM EST, Bowker, David <David.Bowker@wilmerhale.com> wrote:

> **\*\*\* EXTERNAL EMAIL \*\*\***
>
> Lee,

1

This follows up on our earlier correspondence regarding the conflicts between and among the U.S. plaintiffs and Bruno Lafont, which Willkie represents on opposite sides of the v in closely related cases.  These conflicts issues are critically important and deeply concerning to us and our Lafarge clients, for reasons I trust you can understand.  There are a number of problems we have identified, including for example the sharing of our client's privileged and protected information with Bruno Lafont and Willkie, and Willkie's assertions of directly contradictory factual positions in the U.S. and French proceedings.

These are seriously troubling issues that we have not yet raised with the Court or the other parties only because we thought it appropriate to give you and your firm the opportunity to address these issues before raising them with others.  We had understood that you would be coming right back to us but many days have now passed without any substantive response, let alone the more fulsome response that you said many days ago would come shortly.  Can we please hear back from you today?

If that's not possible, please just let me know so we can inform our clients and do what we think is necessary to mitigate the effects of these ongoing conflicts.  In the meantime, we will continue to work in good faith on the U.S. discovery issues with you and your firm, but we do so without waiving our objections.  And we reserve all rights.

I look forward to hearing from you as soon as possible.

Sincerely,
Dave

**Lee Wolosky**
**Willkie Farr & Gallagher LLP**

**New York**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 3098 | Fax: +1 212 728 8111

**Washington**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: + 1 202 303 1198 | Fax: + 1  202 303 2000
lwolosky@willkie.com | vCard | www.willkie.com bio

---

**From:** Wolosky, Lee <LWolosky@willkie.com>
**Sent:** Friday, January 30, 2026 8:19 AM
**To:** Bowker, David <David.Bowker@wilmerhale.com>; Lichtman, Andrew <ALichtman@willkie.com>; Bolas, Kathryn <KBolas@willkie.com>
**Cc:** WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Subject:** Re: Finan / Shirley / Murad v. Lafarge – Willkie Representation of Plaintiffs and Bruno Lafont

EXTERNAL SENDER

David,

We're in receipt of your email, which is being reviewed by the firm's General Counsel.  We expect to respond next week.

Lee

—

On January 26, 2026 at 5:44:06 PM EST, Bowker, David <David.Bowker@wilmerhale.com> wrote:

> **\*\*\* EXTERNAL EMAIL \*\*\***
>
> Lee:
>
> We appreciate your representation that Willkie has taken steps to mitigate the risk of improper sharing of Lafarge's privileged and protected information, but we fail to see how there could be "no risk" of such sharing.  Accordingly, Defendants may seek to verify through discovery—including depositions—what precisely has been done to prevent such sharing and whether any such sharing may have occurred inadvertently.
>
> Regardless of any wall, it remains deeply concerning to Defendants that Willkie has had a material role in developing legal strategies for plaintiffs, a former Lafarge executive, and Lafarge in matters concerning the same operative facts and events.  It also remains concerning how Willkie has directly contradicted itself in the French and U.S. proceedings.
>
> Was Bruno Lafont informed of Willkie's representation of plaintiffs in the U.S. proceedings, and, if so, did he consent to Willkie's targeting him by name as a principal co-conspirator and accusing him of criminal misconduct, including misconduct he denied in the French criminal proceedings?  If he did consent, when did that occur?   Relatedly, did each one of the plaintiffs consent to Willkie's representation of Mr. Lafont, including its assertions of facts and its advancement of legal positions that are contrary to those Willkie has pleaded in the U.S. proceedings?  If each plaintiff did consent, when did that occur?
>
> We need answers to these questions as soon as possible.  And even then, it is not at all clear that any wall—or even any consent—could possibly cure such direct conflicts.  Please let us know right away the answers to these questions so we can take all steps necessary to conduct our own investigation and act quickly to protect

3

our clients' interests.  We reserve all rights.

Thank you for your consideration.

Sincerely,
David

**David W. Bowker | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6558 (t)
+1 202 663 6363 (f)
david.bowker@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**Lee Wolosky**
**Willkie Farr & Gallagher LLP**

**New York**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 3098 | Fax: +1 212 728 8111

**Washington**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: + 1 202 303 1198 | Fax: + 1  202 303 2000
lwolosky@willkie.com | vCard | www.willkie.com bio

**From:** Wolosky, Lee <LWolosky@willkie.com>
**Sent:** Monday, January 26, 2026 1:38 PM
**To:** Bowker, David <David.Bowker@wilmerhale.com>; Lichtman, Andrew <ALichtman@willkie.com>; Bolas, Kathryn <KBolas@willkie.com>
**Cc:** WH Lafarge Litigation Service List EXTERNAL <WHLafargeLitigationServiceListEXTERNAL@wilmerhale.com>
**Subject:** Re: Finan / Shirley / Murad v. Lafarge – Willkie Representation of Plaintiffs and Bruno Lafont

**EXTERNAL SENDER**

David:

4

We are in receipt of your January 22, 2026 letter and expect to provide a more fulsome response shortly.  I was in court on Friday and, among other things, need to speak with our partners in Paris.  In the meantime, we write to assure you that the Willkie lawyers who represent Plaintiffs in *Finan*, *Shirley*, and *Murad* (the "Actions") have never had access to information, privileged or otherwise, that may have been obtained by the Willkie lawyers who have represented Mr. Lafont.  In fact, in 2018 (for reasons unrelated to the Actions), Willkie established an ethical wall around Willkie's representation of Mr. Lafont, which limits access to documents and files on this matter to only the lawyers who represented Mr. Lafont.  Additionally, after Willkie began representing Plaintiffs in early 2025, Willkie created a second wall that prohibits any lawyers working on the Actions from being granted access to those documents and files.  As a result, there is no risk that any Willkie lawyer representing Plaintiffs would be able to access information that lawyers in Paris may have obtained in the course of representing Mr. Lafont.

Regards,

Lee

—

On January 22, 2026 at 2:28:25 PM EST, Bowker, David <David.Bowker@wilmerhale.com> wrote:

**\*\*\* EXTERNAL EMAIL \*\*\***

Hello Lee and all,

Please see attached correspondence regarding Willkie's representation of plaintiffs in *Finan*, *Shirley*, and *Murad*, and its simultaneous representation of Mr. Bruno Lafont on the other side of the Lafarge-related proceedings in France.  As you can understand, our clients have very serious concerns about what we have learned, so we would greatly appreciate your assistance in getting to the bottom of these issues as quickly as possible.

Sincerely,
David

**David W. Bowker | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6558 (t)
+1 202 663 6363 (f)
david.bowker@wilmerhale.com

 **One Firm. One Legacy.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com— and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

**Lee Wolosky**
**Willkie Farr & Gallagher LLP**

**New York**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 3098 | Fax: +1 212 728 8111

**Washington**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: + 1 202 303 1198 | Fax: + 1  202 303 2000
lwolosky@willkie.com | vCard | www.willkie.com bio

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.