**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARISS FINAN, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LAFARGE S.A., *et al.*, <br><br> *Defendants.* | Civil No. 22-cv-07831-NGG-PK <br><br> ORAL ARGUMENT REQUESTED |
| SUSAN SHIRLEY, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LAFARGE S.A., *et al.*, <br><br> *Defendants.* | Civil No. 1:25-cv-04248-NGG-PK <br><br> ORAL ARGUMENT REQUESTED |
| NADIA MURAD, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LAFARGE S.A., *et al.*, <br><br> *Defendants.* | Civil No. 1:23-cv-09186-NGG-PK <br><br> ORAL ARGUMENT REQUESTED |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISQUALIFY WILLKIE FARR & GALLAGHER LLP**

Upon consideration of Defendants' Motion to Disqualify Willkie Farr & Gallagher LLP

as Counsel for Plaintiffs and all briefing, papers, and argument relating to the Motion, it is

hereby ORDERED:

Defendants' Motion to Disqualify is **GRANTED**;

SO ORDERED this _____ day of _____, _____.

_____
HON. NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE