# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARISS FINAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LAFARGE S.A., *et al.*,<br><br>Defendants. | Case No. 22-cv-07831-NGG-PK |
| NADIA MURAD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LAFARGE S.A., *et al.*,<br><br>Defendants. | Case No. 23-cv-09186-NGG-PK |
| SUSAN SHIRLEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LAFARGE S.A., *et al.*,<br><br>Defendants. | Case No. 25-cv-04248-NGG-PK |

**DECLARATION OF ISABEL TURNER**

I, ISABEL TURNER, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am a law clerk at the law firm of Willkie Farr & Gallagher LLP ("Willkie").  I submit this declaration in support of Willkie's Opposition to Defendants' Motion to Disqualify.

2.     I joined Willkie in October 2025.

3.    I am a member of the case team that represents Plaintiffs in the *Finan*, *Murad*, and *Shirley* matters.

4.    I have never accessed or reviewed any confidential information regarding Willkie's representation of Bruno Lafont.

5.    I have never had any communications with anyone at Willkie regarding confidential information obtained in connection with Willkie's representation of Mr. Lafont (although I have had communications with Willkie's Deputy General Counsel about the walls the Firm put in place as described in the Declaration of Dan Kozusko attached to Willkie's Opposition as Ex. A).

I declare under penalty of perjury that the foregoing is true and correct.


Dated: April 30, 2026


*/s/ Isabel Turner*
Isabel Turner

2