✎AO 132  (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ New York

## EXEMPLIFICATION CERTIFICATE

I, _____ Brenna B. Mahoney _____ , Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

Order Granting Defendant's Motion for Issuance of Request for International Judicial Assistance and accompanying Exhibits B-L attached to the Memorandum of Law in support of the Mtion.

are true copies of records of this Court.

    In testimony whereof I sign my name and affix the seal of this Court, in this District, at Brooklyn, New York _____ on _____ 7/1/2026 _____

City                                           Date

Clerk _____ (By) Deputy Clerk

I, _____ Peggy Kuo _____ , a Judicial Officer of this Court, certify that _____ Brenna B. Mahoney _____ , named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

July 1, 2026

Date                                          Signature of Judge

United States Magistrate Judge

Title

I, _____ Brenna B. Mahoney _____ , Clerk of this United States District Court, keeper of the seal, certify that the Honorable _____ Peggy Kuo _____ ,

Judge

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official si_____ know and certify the above signature to be that of the Judge.

    In testimony whereof I sign my name, and affix t_____

Brooklyn, New York _____ 7/1/2026

City                                         Date

Clerk _____